UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EMMANUEL BARRIENTOS

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 7674 ( )

Defendant Emmanuel Barrientos hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_s/ Emmanuel Barrientos /tw_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

EMMANUEL BARRIENTOS
Print Defendant's Name

_Jon M. Silveri, Esquire_
Defendant's Counsel's Signature

JON M. SILVERI
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Aug 11, 2020
Date

U.S. District Judge/U.S. Magistrate Judge